AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

Ashley Watson

*Plaintiff(s)*

v.

Medicredit, Inc.

*Defendant(s)*

Civil Action No. 8:15 cv158 T35 MAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Medicredit, Inc.
C/o CT Corporation System - Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: H. Karen Gatto
8270 Woodland Center Boulevard
Tampa, FL 33614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 2 6 2015

*Signature of Clerk or Deputy Clerk*

[Stamp: 2015 JAN 26 PM 2:11 RECEIVED]