UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MEYERS DIVISION

| | |
|---|---|
| Ashley Watson<br><br>    Plaintiff,<br><br>v.<br><br>Medicredit, Inc<br><br>    Defendant. | Case No: 8:15-cv-158-MSS-MAP |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    Plaintiff, Ashley Watson through her attorneys, hereby discloses the following pursuant to this Court's interested persons order:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Plaintiff, Ashley Watson
    Plaintiff's attorneys, Hyslip & Taylor, LLC, LPA

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

1

    None.

4.     the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Plaintiff, Ashley Watson

## **CERTIFICATION**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

    RESPECTFULLY SUBMITTED,

    Hyslip & Taylor, LLC LPA

    By: /s/ H. Karen Gatto
    One of Plaintiff's Attorneys

Date: February 9, 2015

*Of Counsel*
H. Karen Gatto, Esq.
Florida Bar No. 0190527
Hyslip & Taylor, LLC, LPA
8270 Woodland Center Blvd.
Tampa, FL 33614
Phone: 800-675-5507
Email: Kgatto@gattolaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify I hereby certify that on February 9, 2015, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement through the Court's CM/ECF System.

    /s/ H. Karen Gatto, Esq.