# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Ashley Watson<br><br>　　　　Plaintiff,<br><br>v.<br><br>Medicredit, Inc.<br><br>　　　　Defendant. | Case No. 8:15-cv-00158-MSS-MAP<br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,


　　　　　　　　　　　　　　　　By:  s/ H. Karen Gatto____
　　　　　　　　　　　　　　　　　　H. Karen Gatto, Esq.
　　　　　　　　　　　　　　　　　　Florida Bar No: 0190527
　　　　　　　　　　　　　　　　　　Of Counsel, Hyslip & Taylor, LLC, LPA
　　　　　　　　　　　　　　　　　　8270 Woodland Center Blvd
　　　　　　　　　　　　　　　　　　Tampa, FL 33614
　　　　　　　　　　　　　　　　　　Phone: 800-675-5507
　　　　　　　　　　　　　　　　　　Email: kgatto@gattolaw.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2015, I electronically filed the foregoing Notice. Service of this filing will be made by the Court's ECF System upon the following:

Patricia Lehtinen Silva
Lathrop & Gage LLP
Pierre Laclede Center
7701 Forsyth Blvd, Suite 500
Clayton, MO 63105

Counsel for Defendant

s/ H. Karen Gatto