## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| Ashley Watson<br><br>        Plaintiff,<br><br>v.<br><br>Medicredit, Inc.<br><br>        Defendant. | Case No. 8:15-cv-00158-MSS-MAP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.


RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By: /s/ H. Karen Gatto
H. Karen Gatto
*Of Counsel*
Florida Bar No. 0190527
8270 Woodland Center Blvd.
Tampa, FL  33614
Telephone:  800-675-5507
Email: Kgatto@gattolaw.com
Attorney for Plaintiff
Date: June 1, 2015

Lathrop & Gage, LLP

By: /s/ Patricia L. Silva
Patricia L. Silva
Florida Bar No. 107188
7701 Forsyth Blvd., Suite 500
St. Louis, MO  63105
Telephone: 314-613-2858
Email: psilva@lathropgage.com
Attorney for Defendant
Date: June 1, 2015

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2015, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Patricia L. Silva
Lathrop & Gage, LLP
7701 Forsyth Blvd., Suite 500
St. Louis, MO  63105

Counsel for:
Medicredit, Inc.

                                                  /s/ H. Karen Gatto